# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOND PHARMACY, INC., d/b/a AIS )
HEALTHCARE, )
                                            )
     Plaintiff, )
                                            )
v. ) Civil Case No. 1:22-cv-1343
                                            )
ANTHEM HEALTH PLANS OF VIRGINIA, )
INC., d/b/a ANTHEM BLUE CROSS )
AND BLUE SHIELD, )
                                            )
     Defendant. )

**ORDER**

THIS MATTER comes before the Court on the parties' Joint Motion for Extension of Deadlines. It is hereby

ORDERED that the Joint Motion for Extension of Deadlines is GRANTED. It is further ORDERED that the Final Pretrial Conference is continued to Thursday, November 16, 2023 at 10:00 a.m. and the remaining deadlines shall be amended to:

| | |
|---|---|
| September 12, 2023 | Close of fact discovery |
| September 22, 2023 | Deadline for expert disclosures for the party with the burden of proof |
| October 6, 2023 | Deadline for expert disclosures for responsive experts |

1

| | |
|---|---|
| October 20, 2023 | Deadline for rebuttal expert disclosures for the party with the burden of proof Case |
| September 1, 2023 | Deposition notices deadline |
| November 15, 2023 | Close of expert discovery |
| November 22, 2023 | Deadline for filing list of witnesses to be called at trial, written stipulation of uncontested facts, and copies of trial exhibits |
| November 29, 2023 | Objections to opposing party's witness and exhibit lists deadline |
| December 1, 2023 | Summary judgment motion deadline |

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 17, 2023

2