AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01343-CMH-IDD

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* The Health Law Partners, P.C. ("HLP"), on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows: _____

via certified mail, return receipt requested at 32000 Northwestern Hwy., Suite 240, Farmington Hills, MI 48334

July 18, 2023                                    on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 48.45 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/18/2023

*Server's signature*

Erica R. Rushlow, Admin. Assistant

*Printed name and title*

Hall, Render, Killian, Heath & Lyman
101 W. Big Beaver Road, Suite 745
Troy, MI 48084

*Server's address*

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessica L. Gustafson
32000 Northwestern Hwy.,
Suite 240,
Farmington Hills, MI, 48334

9590 9401 0086 5168 8878 99

2. Article Number *(Transfer from service label)*

7015 0640 0001 2124 2665

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jessica L. Gustafson<br>32000 Northwestern Hwy.,<br>Suite 240,<br>Farmington Hills, MI, 48334 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9401 0086 5168 8878 82 | 3. Service Type<br>☐ Adult Signature                    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery                 ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7015 0640 0001 2124 2658 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

