# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia

**Bond Pharmacy, Inc., d/b/a AIS Healthcare**

    Plaintiff(s),

VS.

**Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield**

    Defendant(s).

Attorney: Paul Werner, Esq

Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Ave., NW, #100
Washington DC 20006



*300867*

Case Number: 1:22-cv-01343-CMH-IDD

Legal documents received by Same Day Process Service, Inc. on **07/25/2023** at **10:08 PM** to be served upon **The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group, a Division of The Health Law Partners, P.C. at 32000 Northwestern Hwy, #240, Farmington, MI 48334**.

I, **Latita Burns**, swear and affirm that on **July 27, 2023** at **4:14 PM**, I did the following:

Served **The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group, a Division of The Health Law Partners, P.C.** by delivering a conformed copy of the **Notice of Subpoena for Documents and Testimony in a Civil Action; Attachments; Exhibits; Subpoena to Testify at a Deposition in a Civil Action** to **Monique Selby** as Authorized **Agent** of The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group, a Division of The Health Law Partners, P.C. at 32000 Northwestern Hwy, #240 , Farmington, MI 48334.

**Description of Person Accepting Service:**
Sex: Female Age: 30-40 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Hispanic Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Latita Burns* (signature)

**Latita Burns**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:300867

