UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bond Pharmacy, Inc. d/b/a
Advanced Infusion Solutions,

                    Plaintiff(s),

v.                                    Case No. 2:23-mc-51368-LVP-DRG
                                         Hon. Linda V. Parker

Anthem Health plan of Virginia,
Inc. d/b/a Anthem Blue Cross
and Blue Shield,

                    Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/A Flanigan
                                            Case Manager

Dated:   September 12, 2023