UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bond Pharmacy, Inc. d/b/a
Advanced Infusion Solutions,

         Plaintiff(s),

v.              Case No. 2:23–mc–51368–LVP–DRG
                Hon. Linda V. Parker

Anthem Health plan of Virginia,
Inc. d/b/a Anthem Blue Cross
and Blue Shield,

         Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:  September 13, 2023 at 10:00 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   PLEASE DIAL 877–402–9753, ACCESS CODE 9373761 AND WAIT FOR THE COURT TO JOIN THE CALL.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/E. Butts
              Case Manager

Dated:   September 12, 2023