UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
EASTERN DIVISION

| | |
|---|---|
| BOND PHARMACY INC., d/b/a AIS HEALTHCARE, | Case No. 2:23-mc-51368-LVP-DRG |
| Plaintiff, | District Judge: Hon. Linda V. Parker<br>Magistrate Judge: Hon. David Grand |
| vs. | **DECLARATION OF CLINTON MIKEL** |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | |
| Defendants. | (E.D. Va. Case No. 1:22-cv-01343-CMH-IDD) (Hon. Claude M. Hilton) |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Paul Werner
Imad Matini
Amanda Witt
Attorneys for Plaintiff-Counter Defendant
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
(202) 747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
awitt@sheppardmullin.com

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
Larry R. Jensen (P60317)
Kathryn E. Jones (P75431)
Attorneys for Plaintiff-Counter Defendant
101 W. Big Beaver Road, Suite 745
Troy, Michigan 48084

THE HEALTH LAW PARTNERS, P.C.
Clinton Mikel (P73496)
Attorneys for **Non-Parties**
The Health Law Partners, P.C. and Robert Dindoffer, Esq.
32000 Northwestern, # 240,
Farmington Hills, MI 48334
(248) 996-8510
cmikel@thehlp.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
Michael E. Lacy
Sarah E. Siu
Virginia Bell Flynn
Callan G. Stein
Harry J. Liberman
Attorneys for Defendant-Counterclaimant
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
michael.lacy@troutman.com
sarah.siu@troutman.com
virginia.flynn@troutman.com
callan.stein@troutman.com
harry.liberman@troutman.com

## DECLARATION OF CLINTON MIKEL

I, Clinton Mikel, do hereby declare the following to be true and correct to the best of my knowledge, information and belief.

1. I am a resident of Michigan. I am over the age of eighteen and am competent to provide this Declaration.

2. I am licensed to practice law in the State of Michigan and appear before this Court. I am a partner at The Health Partners, P.C.

3. Upon receipt of the Subpoena, (EXHIBIT 1 below), I worked diligently and tirelessly with Plaintiff, AIS, regarding search parameters, deposition parameters, and to provide responsive documents.

4. Orally, counsel for AIS represented to me that if an HLP representative were to sit for a deposition that AIS would not inquire about, and had no interest, in HLP's client(s) name(s), or other privileged matters.

5. Based on this explicit oral representation made by AIS's counsel, that no inquiry would be made regarding the identity of HLP's client, HLP agreed to and promptly produced Robert Dindoffer, Esq., to sit for a September 1, 2023 deposition without filing a Motion to Quash/seeking a Protective Order.

6. On behalf of HLP, I promptly and fully provided all relevant, non-privileged information, finalizing our production on August 21, 2023.

7. 11 days lapsed with AIS having the entirety of HLP's document production. AIS raised no issues regarding the document production.

8. At the September 1, 2023, deposition it became clear, near the outset that counsel for AIS had mislead HLP's counsel and was not honoring their oral representations/promises . AIS did the polar opposite of what they represented – the entire purpose of the deposition was to seek privileged, non-relevant, information – the name of HLP's third-party client.

9. Blindsided by AIS's misrepresentations, during the deposition I, as HLP's counsel, raised various valid attorney-client privilege objections and instructed the HLP witness to refuse to answer on FRCP 30(c)(2) bases ("A person may instruct a deponent not to answer only when necessary to preserve a privilege…").

10. HLP and Mr. Dindoffer are in the process of retaining outside counsel to address Plaintiff's motion in chief, which seeks to invade the attorney-client privilege of a non-party to Plaintiff's case.

11. Attached to this declaration are the following exhibits, of which I have personal knowledge.

   a. **EXHIBIT 1** – Subpoena issued by Plaintiff in E.D. Va. Case No. 1:22-cv-01343-CMH-IDD) (Hon. Claude M. Hilton)

   b. **EXHIBIT 2** – Order of Hon. Claude M. Hilton, Dated July 17, 2023, showing end of fact discovery as September 12, 2023.

   c. **EXHIBIT 3** – Joint Motion, Dated June 28, 2023, for extension of deadlines.

   d. **EXHIBIT 4 –** Plaintiff's motion to Extend Fact Discovery, dated September 11, 2023 (Exhibits Omitted).

e. **EXHIBIT 5** – Docket in E.D. Va. Case No. 1:22-cv-01343-CMH-IDD) (Hon. Claude M. Hilton), as of September 12, 2023.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that the forgoing is true and correct.

*/s/Clinton Mikel*                                                    September 12, 2023

_____                    _____
Name: Clinton Mikel                                                       Date

## CERTIFICATE OF SERVICE

I certify that on September 12 , 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

                                                s/Clinton Mikel
                                                Clinton Mikel
                                                The Health Law Partners, P.C.
                                                Attorney for **Non-Parties**
                                                The Health Law Partners, P.C.
                                                and Robert Dindoffer, Esq.
                                                32000 Northwestern Hwy., Ste. 240
                                                Farmington Hills, MI 48334