# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) ) ) |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), and Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield ("Anthem," collectively the "Parties"), respectfully move this Court for a brief extension of the deadlines in this litigation for reasons stated in the Parties' Memorandum in Support of this Motion.

-1-

Dated: June 28, 2023

| | |
|---|---|
| By: /s/ Paul A. Werner | By: /s/ Michael E. Lacy |
| Paul A. Werner | Michael E. Lacy |
| Dave Thomas | Sarah E. Siu |
| Imad Matini | Virginia Bell Flynn |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | Callan G. Stein |
| | Harry J. Liberman |
| 2099 Pennsylvania Avenue, N.W., Suite 100 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Washington, D.C. 20006 | P.O. Box 1122 |
| Telephone: 202-747-1931 | Richmond, Virginia 23218-1122 |
| pwerner@sheppardmullin.com | Telephone: (804) 697-1326 |
| dthomas@sheppardmullin.com | michael.lacy@troutman.com |
| imatini@sheppardmullin.com | sarah.siu@troutman.com |
| | virginia.flynn@troutman.com |
| *Attorneys for Plaintiff Counter-Defendant Bond Pharmacy d/b/a AIS Healthcare* | callan.stein@troutman.com |
| | harry.liberman@troutman.com |
| | *Attorneys for Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | )<br>)<br>) |
| Defendant. | ) |

## [Proposed] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

Having considered Plaintiff Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare's ("AIS's") and Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield's ("Anthem's"), (collectively the "Parties' ") Joint Motion for Extension of Deadlines, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that that the remaining deadlines shall be amended to:

| | |
|---|---|
| September 12, 2023 | Close of fact discovery |
| September 22, 2023 | Deadline for expert disclosures for the party with the burden of proof |
| October 6, 2023 | Deadline for expert disclosures for responsive experts |
| October 20, 2023 | Deadline for rebuttal expert disclosures for the party with the burden of proof |

-1-

-2-

| | |
|---|---|
| September 1, 2023 | Deposition notices deadline |
| November 15, 2023 | Close of expert discovery |
| November 22, 2023 | Deadline for filing list of witnesses to be called at trial, written stipulation of uncontested facts, and copies of trial exhibits |
| November 29, 2023 | Objections to opposing party's witness and exhibit lists deadline |
| December 1, 2023 | Summary judgment motion deadline |

Dated: _____                    _____

                                                                          The Honorable Claude M. Hilton
                                                                          United States District Judge