# EXHIBIT 5

Query   Reports   Utilities   Help   Log Out

RECAP Actions

JURY

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:22-cv-01343-CMH-IDD

Bond Pharmacy, Inc. d/b/a AIS Healthcare v. Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield
Assigned to: District Judge Claude M. Hilton
Referred to: Magistrate Judge Ivan D. Davis
Demand: $525,000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 11/23/2022
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Bond Pharmacy, Inc.**
*doing business as*
AIS Healthcare

represented by **Hannah Wigger**
Sheppard Mullin Richter & Hampton LLP (DC-NA)
2099 Pennsylvania Ave. NW
Suite 100
Washington, DC 20006
**NA**
202-747-1900
Fax: 202-747-3848
Email: hwigger@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Imad Sayed Matini**
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Ave, NW
Ste 100
Washington, DC 20006
540-295-0472
Email: imatini@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Werner , III**
Sheppard Mullin Richter & Hampton LLP
Business Trials
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
202-747-1931
Fax: 202-747-1901
Email: pwerner@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

### Defendant

| | | |
|---|---|---|
| **Anthem Health Plans of Virginia, Inc.**<br>*doing business as*<br>Anthem Blue Cross and Blue Shield | represented by | **Michael Edward Lacy**<br>Troutman Pepper Hamilton Sanders LLP (Richmond)<br>1001 Haxall Point<br>Suite 1500<br>Richmond, VA 23219<br>(804) 697-1326<br>Fax: (804) 698-6061<br>Email: michael.lacy@troutman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Callan Greg Stein**<br>Troutman Pepper Hamilton Sanders LLP<br>125 High Street<br>19th Floor<br>Boston, MA 02110<br>**NA**<br>617-204-5100<br>Fax: 617-204-5150<br>Email: callan.stein@troutman.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Siu**<br>Troutman Pepper Hamilton Sanders LLP<br>1001 Haxall Point<br>15th Floor<br>Richmond, VA 23219<br>804-697-2293<br>Email: sarah.crandall@troutman.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Virginia Bell Flynn**<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College St.<br>Suite 3400<br>Charlotte, NC 28202<br>704-916-1509<br>Fax: 704-998-4051<br>Email: virginia.flynn@troutman.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Anthem Health Plans of Virginia, Inc.** | represented by | **Michael Edward Lacy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Callan Greg Stein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Siu** |

          (See above for address)  
          *ATTORNEY TO BE NOTICED*

**Virginia Bell Flynn**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Bond Pharmacy, Inc.**      represented by    **Hannah Wigger**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Imad Sayed Matini**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Paul Anthony Werner , III**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2022 | 1 | Complaint ( Filing fee $ 402, receipt number AVAEDC-8677008.), filed by Bond Pharmacy, Inc. d/b/a AIS Healthcare. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(Werner, Paul) (Entered: 11/23/2022) |
| 11/23/2022 | 2 | Proposed Summons by Bond Pharmacy, Inc. d/b/a AIS Healthcare. (Werner, Paul) (Entered: 11/23/2022) |
| 11/23/2022 | 3 | Corporate Disclosure Statement by Bond Pharmacy, Inc. d/b/a AIS Healthcare. (Werner, Paul) (Entered: 11/23/2022) |
| 11/23/2022 |  | Initial Case Assignment to District Judge Claude M. Hilton and Magistrate Judge Ivan D. Davis. (Dest) (Entered: 11/25/2022) |
| 11/25/2022 | 4 | Summons Issued as to Anthem Health Plans of Virginia, Inc., NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Notice to Attorney). (Dest) (Entered: 11/25/2022) |
| 11/28/2022 | 5 | NOTICE of Appearance by Imad Sayed Matini on behalf of Bond Pharmacy, Inc. (Matini, Imad) (Entered: 11/28/2022) |
| 12/05/2022 | 6 | Summons Returned Unexecuted by Bond Pharmacy, Inc. as to Anthem Health Plans of Virginia, Inc.. (Werner, Paul) (Entered: 12/05/2022) |
| 12/05/2022 | 7 | Proposed Summons by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 12/05/2022) |
| 12/12/2022 | 8 | Summons Issued as to Anthem Health Plans of Virginia, Inc., NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the |

| | | |
|---|---|---|
| | | summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Notice to Attorney)(nlop) (Entered: 12/12/2022) |
| 12/29/2022 | 9 | AFFIDAVIT of Service for Complaint served on Defendant on 12/19/2022, filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 12/29/2022) |
| 12/30/2022 | 10 | NOTICE of Appearance by Michael Edward Lacy on behalf of Anthem Health Plans of Virginia, Inc. (Lacy, Michael) (Entered: 12/30/2022) |
| 12/30/2022 | 11 | NOTICE of Appearance by Virginia Bell Flynn on behalf of Anthem Health Plans of Virginia, Inc. (Flynn, Virginia) (Entered: 12/30/2022) |
| 12/30/2022 | 12 | NOTICE of Appearance by Sarah Siu on behalf of Anthem Health Plans of Virginia, Inc. (Siu, Sarah) (Entered: 12/30/2022) |
| 12/30/2022 | 13 | Consent MOTION for Extension of Time to File Answer re 1 R Complaint by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Proposed Order)(Lacy, Michael) (Entered: 12/30/2022) |
| 12/30/2022 | 14 | Corporate Disclosure Statement by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 12/30/2022) |
| 01/03/2023 | 15 | ORDER granting 13 Consent MOTION for Extension of Time to File Answer. Defendants shall have until February 3, 2023 to respond to the Complaint. Signed by Magistrate Judge Ivan D. Davis on 1/3/2023. (Dest) (Entered: 01/03/2023) |
| 02/03/2023 | 16 | MOTION to Dismiss for Failure to State a Claim by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Proposed Order)(Lacy, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 17 R | Memorandum in Support re 16 MOTION to Dismiss for Failure to State a Claim filed by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lacy, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 18 | MOTION to Seal by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Lacy, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 19 | Memorandum in Support re 18 MOTION to Seal filed by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 20 | Notice of Filing Sealing Motion LCvR5(C) by Anthem Health Plans of Virginia, Inc. re 18 MOTION to Seal (Lacy, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 21 | Sealed Document re 18 MOTION to Seal . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lacy, Michael) (Entered: 02/03/2023) |
| 02/06/2023 | | Notice of Correction: The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument in re 16 MOTION to Dismiss for Failure to State a Claim. (jlan) (Entered: 02/06/2023) |
| 02/11/2023 | 22 | MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Dismiss for Failure to State a Claim , 17 R Memorandum in Support by Bond Pharmacy, Inc.. (Attachments: # 1 Proposed Order)(Werner, Paul) (Entered: 02/11/2023) |
| 02/17/2023 | 23 | ORDER granting 22 Motion for Extension of Time to File Response/Reply. Plaintiff shall have until March 17, 2023 to respond to Defendant's Motion to Dismiss. Signed by Magistrate Judge Ivan D. Davis on 2/17/2023. (nlop) (Entered: 02/17/2023) |

| | | |
|---|---|---|
| 02/22/2023 | 24 | SCHEDULING ORDER: Initial Pretrial Conference set for 3/15/2023 at 11:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. Discovery due by 7/14/2023. Final Pretrial Conference set for 7/20/2023 at 10:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. Signed by District Judge Claude M. Hilton on 02/22/2023. (Attachments: # 1 Magistrate Consent Form, # 2 Pretrial Notice)(jlan) (Entered: 02/22/2023) |
| 02/24/2023 | 25 | Notice of Hearing Date set for 4/7/2023 re 16 MOTION to Dismiss for Failure to State a Claim (Lacy, Michael) (Entered: 02/24/2023) |
| 02/24/2023 | 26 | Motion to appear Pro Hac Vice by Callan Greg Stein and Certification of Local Counsel Michael E. Lacy Filing fee $ 75, receipt number AVAEDC-8819706. by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 02/24/2023) |
| 02/27/2023 | | Set Deadline as to 16 MOTION to Dismiss for Failure to State a Claim. Motion Hearing set for 4/7/2023 at 10:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. (wgar, ) (Entered: 02/27/2023) |
| 02/27/2023 | 27 | ORDER granting 26 Motion for Pro hac vice Appointed Callan Greg Stein for Anthem Health Plans of Virginia, Inc. Signed by District Judge Claude M. Hilton on 2/27/2023. (swil) (Entered: 03/01/2023) |
| 03/08/2023 | 28 ®| *Proposed Joint* Discovery Plan by Bond Pharmacy, Inc..(Werner, Paul) (Entered: 03/08/2023) |
| 03/10/2023 | 29 | Order Rule 16(b) Scheduling Order - Because the parties Proposed Joint Discovery Plan [Dkt. No. 28] adequately addresses the matters that would be discussed during the initial pretrial conference and counsel consent to waiving their appearances at the initial pretrial conference, the initial pretrial conference scheduled for March 15, 2023, pursuant to Rule 16(b) and this Courts February 22, 2023, Order, is cancelled. Upon consideration of the representations made by the parties in their Proposed Joint Discovery Plan, the Court makes the following rulings: The parties Joint Discovery Plan is approved and shall control discovery to the extent of its application unless further modified by the Court. Signed by Magistrate Judge Ivan D. Davis on 03/10/2023. SEE ORDER FOR FURTHER DETAILS. (wgar, ) (Entered: 03/10/2023) |
| 03/17/2023 | 30 ® | Opposition to 16 MOTION to Dismiss for Failure to State a Claim , 17 ® Memorandum in Support filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 03/17/2023) |
| 03/23/2023 | 31 ® | REPLY to Response to Motion re 16 MOTION to Dismiss for Failure to State a Claim filed by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 03/23/2023) |
| 03/23/2023 | 32 | MOTION to Seal by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Lacy, Michael) (Entered: 03/23/2023) |
| 03/23/2023 | 33 | Memorandum in Support re 32 MOTION to Seal filed by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 03/23/2023) |
| 03/23/2023 | 34 | Notice of Filing Sealing Motion LCvR5(C) by Anthem Health Plans of Virginia, Inc. re 32 MOTION to Seal (Lacy, Michael) (Entered: 03/23/2023) |
| 03/23/2023 | 35 | Sealed Document re 32 MOTION to Seal . (Lacy, Michael) (Entered: 03/23/2023) |
| 04/06/2023 | | ***Motion Hearing deadline terminated - Per CMH's chambers motion 16 set for 04/07/23 will be decided on the papers; no oral argument will be heard. (wgar) (Entered: 04/06/2023) |

| | | |
|---|---|---|
| 04/10/2023 | 36 | ORDER granting 32 Motion to Seal. ORDERED that the unredacted version of the Reply Memorandum in Support shall be maintained under seal by the Clerk pending further order of the Court. Signed by District Judge Claude M. Hilton on 4/10/2023. (nlop) (Entered: 04/11/2023) |
| 04/12/2023 | 37 R | ORDERED that Defendant's Motion to Dismiss is DENIED in re 16 MOTION to Dismiss for Failure to State a Claim filed by Anthem Health Plans of Virginia, Inc.. Signed by District Judge Claude M. Hilton on 4/12/2023. (nlop) (Entered: 04/12/2023) |
| 04/13/2023 | 38 | Consent MOTION for Extension of Time to Complete Discovery by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 04/13/2023) |
| 04/13/2023 | 39 | Memorandum in Support re 38 Consent MOTION for Extension of Time to Complete Discovery filed by Bond Pharmacy, Inc.. (Attachments: # 1 Proposed Order)(Werner, Paul) (Entered: 04/13/2023) |
| 04/19/2023 | 40 R | ORDER granting 38 Consent MOTION for Extension of Time to Complete Discovery. ORDERED that that the remaining deadlines shall be amended (see Order for further details). Signed by District Judge Claude M. Hilton on 4/19/2023. (nlop) (Entered: 04/21/2023) |
| 04/26/2023 | 41 R | ANSWER to Complaint , COUNTERCLAIM against Bond Pharmacy, Inc. by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Lacy, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | 42 | Notice of Filing Sealing Motion LCvR5(C) by Anthem Health Plans of Virginia, Inc. re 41 R Answer to Complaint,, Counterclaim, (Lacy, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | 43 | MOTION to Seal by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Proposed Order)(Lacy, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | 44 | Memorandum in Support re 43 MOTION to Seal filed by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | 45 | Sealed Document re 43 MOTION to Seal . (Attachments: # 1 Exhibit Sealed Ex. C, # 2 Exhibit Sealed Ex. D, # 3 Exhibit Sealed Ex. F, # 4 Exhibit Sealed Ex. G)(Lacy, Michael) (Entered: 04/26/2023) |
| 04/27/2023 | 46 | ORDER granting 43 Motion to Seal. ORDERED that the unredacted versions of the Answer with Counterclaim and Memorandum in Support of Defendant's Motion for Preliminary Injunctive Relief shall be maintained under seal by the Clerk pending further order of the Court. Signed by District Judge Claude M. Hilton on 4/27/2023. (nlop) (Entered: 04/28/2023) |
| 05/10/2023 | 47 | Consent MOTION for Extension of Time to File Answer re 41 R Answer to Complaint,, Counterclaim, by Bond Pharmacy, Inc.. (Attachments: # 1 Proposed Order) (Werner, Paul) (Entered: 05/10/2023) |
| 05/10/2023 | 48 | Memorandum in Support re 47 Consent MOTION for Extension of Time to File Answer re 41 R Answer to Complaint,, Counterclaim, filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 05/10/2023) |
| 05/10/2023 | 49 | ORDER granting 47 Consent MOTION for Extension of Time to File Answer. Plaintiff shall have until May 31, 2023 to respond to Defendant's counterclaim. Signed by Magistrate Judge Ivan D. Davis on 5/10/2023. (nlop) (Entered: 05/10/2023) |
| 05/19/2023 | 50 R | STIPULATION *Stipulated Confidentiality Agreement* by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 05/19/2023) |

| | | |
|---|---|---|
| 05/19/2023 | 51 | STIPULATION *Stipulated ESI Protocol* by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 05/19/2023) |
| 05/30/2023 | 52 | Motion to appear Pro Hac Vice by Hannah Wigger and Certification of Local Counsel Imad Matini Filing fee $ 75, receipt number AVAEDC-8957699. by Bond Pharmacy, Inc.. (Matini, Imad) (Entered: 05/30/2023) |
| 05/31/2023 | 53 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction by Bond Pharmacy, Inc.. (Attachments: # 1 Proposed Order)(Werner, Paul) (Entered: 05/31/2023) |
| 05/31/2023 | 54 ℝ | Memorandum in Support re 53 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 05/31/2023) |
| 06/01/2023 | | Notice of Correction: The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument in re 53 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. (wgar, ) (Entered: 06/01/2023) |
| 06/01/2023 | 56 | ORDER granting 52 Motion for Pro hac vice Appointed Hannah Wigger for Bond Pharmacy, Inc.,Hannah Wigger for Bond Pharmacy, Inc. Signed by District Judge Claude M. Hilton on 6/1/2023. (swil) (Entered: 06/06/2023) |
| 06/02/2023 | 55 | Notice of Hearing Date re 53 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction (Werner, Paul) (Entered: 06/02/2023) |
| 06/05/2023 | | Set Deadlines as to 53 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 7/14/2023 at 10:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. (wgar, ) (Entered: 06/05/2023) |
| 06/14/2023 | 57 ℝ | Memorandum in Opposition re 53 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Anthem Health Plans of Virginia, Inc.. (Lacy, Michael) (Entered: 06/14/2023) |
| 06/20/2023 | 58 ℝ | REPLY to Response to Motion re 53 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 06/20/2023) |
| 06/28/2023 | 59 ℝ | Joint MOTION for Extension *of Deadlines* by Bond Pharmacy, Inc.. (Attachments: # 1 ℝ Proposed Order)(Werner, Paul) (Entered: 06/28/2023) |
| 06/28/2023 | 60 ℝ | Memorandum in Support re 59 ℝ Joint MOTION for Extension *of Deadlines* filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 06/28/2023) |
| 07/12/2023 | | *** Motion Hearing deadline terminated - Per CMH's chambers motion set for 7/14/2023 will be decided on the papers; no oral argument will be heard (tarm) (Entered: 07/12/2023) |
| 07/17/2023 | 61 ℝ | ORDERED that Plaintiff's Motion to Dismiss is DENIED in 53 Motion to Dismiss. Signed by District Judge Claude M. Hilton on 07/17/2023. (jlan) (Entered: 07/18/2023) |
| 07/17/2023 | 62 ℝ | ORDER granting 59 ℝ Joint MOTION for Extension *of Deadlines* and the Final Pretrial Conference is continued to 11/16/2023 at 10:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton and remaining deadlines amended (See Order for details). Signed by District Judge Claude M. Hilton on 7/17/23. (tarm) (Entered: 07/18/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 63 R | ANSWER to Counterclaim by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 07/31/2023) |
| 08/07/2023 | 64 | AFFIDAVIT of Service for Subpoena for Documents and Testimony served on Monique Selby on July 27, 2023, filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 08/07/2023) |
| 08/07/2023 | 65 | AFFIDAVIT of Service for Subpoena for Documents and Testimony served on The Health Law Partners, P.C. on July 27, 2023, filed by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 08/07/2023) |
| 09/01/2023 | 66 | AFFIDAVIT *of Proof of Service* by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 09/01/2023) |
| 09/01/2023 | 67 | AFFIDAVIT *of Proof of Service* by Bond Pharmacy, Inc.. (Werner, Paul) (Entered: 09/01/2023) |
| 09/05/2023 | 68 | ORDER that the Court **GRANTS** Deft's 18 Motion to Seal and **ORDERS** that unredacted versions of the Memorandum in Support and Exhibits A and B to that Memorandum shall be maintained under seal by the Clerk pending further Order of the Court. Signed by District Judge Claude M. Hilton on 09/05/23. (pmil, ) (Entered: 09/05/2023) |
| 09/11/2023 | 69 | MOTION for Protective Order by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Lacy, Michael) (Entered: 09/11/2023) |
| 09/11/2023 | 70 | Memorandum in Support re 69 MOTION for Protective Order filed by Anthem Health Plans of Virginia, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Lacy, Michael) (Entered: 09/11/2023) |
| 09/11/2023 | 71 | Notice of Hearing Date re 69 MOTION for Protective Order (Lacy, Michael) (Entered: 09/11/2023) |
| 09/11/2023 | 72 R | MOTION for Extension of Time to Complete Discovery by Bond Pharmacy, Inc.. (Attachments: # 1 R Proposed Order)(Werner, Paul) (Entered: 09/11/2023) |
| 09/11/2023 | 73 R | Memorandum in Support re 72 R MOTION for Extension of Time to Complete Discovery filed by Bond Pharmacy, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Werner, Paul) (Entered: 09/11/2023) |
| 09/12/2023 | | Set Deadline as to 69 MOTION for Protective Order. Motion Hearing set for 10/13/2023 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (wgar, ) (Entered: 09/12/2023) |
| 09/12/2023 | | Notice of Correction: The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument in re 72 R MOTION for Extension of Time to Complete Discovery. (wgar, ) (Entered: 09/12/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/12/2023 19:54:11 | | | |
| **PACER Login:** | ClintonMikel123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-01343-CMH-IDD |

| Billable Pages: | 7 | Cost: | 0.70 |