UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
EASTERN DIVISION

| | |
|---|---|
| BOND PHARMACY INC., d/b/a AIS HEALTHCARE, | Case No. 2:23-mc-51368-LVP-DRG |
| Plaintiff, | District Judge: Hon. Linda V. Parker<br>Magistrate Judge: Hon. David Grand |
| vs. | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | |
| Defendants. | (E.D. Va. Case No. 1:22-cv-01343-CMH-IDD) (Hon. Claude M. Hilton) |

## ORDER

This Court has considered the consent motion filed by Non-Parties, The Health Law Partners, P.C. and Robert Dindoffer, Esq. ("HLP") seeking an extension of time of two (2) additional days to respond to Plaintiff, Bond Pharmacy Inc. d/b/a AIS Healthcare's ("AIS")  Motions to Seal Certain Documents (Docket "Dkt. No." 1), (b) a Motion to Compel Production of Documents and Testimony (Dkt. No. 3) and (c) Motion to Amend/Correct the Motion (Dkt. No. 10) and for extension of the page limit for HLP's Opposition to the Motion to Compel Production of Documents and Testimony from 25 pages to approximately 35 to 37 pages.

As AIS and HLP consent/agree, and the Court having found good cause to grant the motion, it is hereby Ordered that the motion is **GRANTED,**

and

1. HLP shall be permitted to file any oppositions to the Motions on **September 29, 2023**, as opposed to the original return date of September 27, 2023;

2. HLP shall be permitted to file an Opposition to the Motion to Compel Production of Documents and Testimony (Dkt. No. 3) 35 to 37 pages; and

3. AIS shall have the same 2-day extension of time and page limit extension for its reply on the Motion to Compel Production of Documents and Testimony.

All relief that is not explicitly granted in this Order is DENIED.

**IT IS SO ORDERED**, This 28th day of September, 2023

s/David R. Grand

**HON. DAVID GRAND**
**UNITED STATES MAGISTRATE JUDGE**